| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Diane Princ | Telephone: (313) 226-9100 |
| | Special Agent: David Alley | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

   v.

Robert Rhodes Bailey

Case: 2:26−mj−30397
Assigned To : Unassigned
Assign. Date : 7/1/2026
Description: CMP− USA V. BAILEY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____ May 1, 2026- July 1, 2026 ____ in the county of ____ Oakland ____ in the ____ Eastern ____ District of ____ Michigan ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Receipt and possession of child porngraphy. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Alley, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____ July 1, 2026 ____

_____
*Judge's signature*

City and state: ____ Detroit, Michigan ____

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR AN ARREST WARRANT**

I, David M Alley, being first duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received

1

training in child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2.  This affidavit is made in support of a criminal complaint and arrest warrant for Robert Rhodes BAILEY (DOB XX/XX/1989) for violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (receipt and possession of child pornography).

3.  This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Robert Rhodes BAILEY.

## PROBABLE CAUSE

4.  HSI Detroit is currently conducting undercover chats on the mobile messaging application KIK in furtherance of child exploitation investigations. An HSI Special Agent, operating in an undercover capacity (hereafter UCA), was portraying himself as the father of an eight-year-old girl. As part of this investigation, the UCA was in a number of rooms that were devoted to the exchange of child abuse material or the discussion of the sexual abuse of children.

2

5.      On May 23, 2026, the UCA received a private message from Kik user sinfullyhung. It is unknown what group the UCA and Kik user sinfullyhung had in common. The UCA and Kik user sinfullyhung engaged in the below chat:

**May 23, 2026**

Sinfullyhung: Hey into same looking for some

**May 24, 2026**

Sinfullyhung: What's the youngest you had?

**May 26, 2026**

UCA: My daughter at 5

UCA: Wbu

Sinfullyhung: 9

Sinfullyhung: What state you in?

Sinfullyhung: I'm in Michigan, do you meet anyone and chat?

UCA: Oh nice Michigan here too

UCA: Pontiac

Sinfullyhung: Oh that's not far at all I'm just north in Clarkston

Sinfullyhung: Would you like to meet up and chat sometime?

UCA: Maybe whatcha wanna meet up about *winking emoji*

Sinfullyhung: Chit chat about experience

UCA: What all you into

3

Sinfullyhung: Everything

UCA: What ages

Sinfullyhung: Don't matter

UCA: Nice

UCA: Ever play with a kid before

Sinfullyhung: I have

UCA: Mmmm who was she

UCA: And how old

Sinfullyhung: 9 friends daughter

UCA: What all you get to do

Sinfullyhung: Almost everything

UCA: Mmm she into it or you gotta force

Sinfullyhung: We meet and chat

UCA: Nice

UCA: How long ago

Sinfullyhung: Take it you just want the details…

UCA: Nah you don't have to haha thought that's what you wanted to talk about

Sinfullyhung: Did u force urs? How long ago did u?

UCA: Yeah since she was 5

4

Sinfullyhung: Yea lets meet up and chat we are close

Sinfullyhung: How old now?

UCA: I'm at work lol

UCA: She's 8

Sinfullyhung: Me too we can after work

Sinfullyhung: Still doing it?

UCA: Yeah

UCA: You got young stuff?

Sinfullyhung: Forcing it? No I try not to keep that on phone

UCA: Yeah she hates it haha

UCA: Nothing at all?

Sinfullyhung: Ever let someone else?

UCA: Yeah three other guys so far

Sinfullyhung: Very nice

Sinfullyhung: I'm assuming you have pics and videos

UCA: Lots

Sinfullyhung: Last time I was able I didn't have a phone with camera so I don't have anything

UCA: I gotcha

Sinfullyhung: How so

UCA: No I mean I understand

Sinfullyhung: Mother around?

UCA: Sadly

Sinfullyhung: And your still able to

UCA: Yeah we sneak

Sinfullyhung: What do you get to do

UCA: Oral mostly

Sinfullyhung: Nice. Been so long for me

UCA: How long

Sinfullyhung: Years

Sinfullyhung: How often do you get to

UCA: Maybe once a month

Sinfullyhung: Damn your lucky

Sinfullyhung: You force the oral?

UCA: Yeah

Sinfullyhung: How did she respond to the others you brought

UCA: Cried the one time

Sinfullyhung: When was the last time you brought someone over

UCA: Like late last year but at a hotel

Sinfullyhung: Does mom know

UCA: Nooooo

Sinfullyhung: How do you keep her from telling tho?

UCA: She's scared to

Sinfullyhung: You ever do anything while she's sleeping?

UCA: used to not so much any more

Sinfullyhung: Nice, I used to mess with my step mom when she was sleeping

UCA: Hehehe dirty

Sinfullyhung: Lol family is a huge turn on

Sinfullyhung: You watch the others with her?

UCA: Yessss

Sinfullyhung: I would love to watch you both

UCA: Yeah?

Sinfullyhung: It would be hot af

Sinfullyhung: Man I would love to see what you have….

UCA: lol lemme know when you have young stuff

Sinfullyhung: IDK where to even look.

Sinfullyhung: Teaser???

UCA: Haha sorry at work

Sinfullyhung: Same but all this talk has me hard

UCA: Hehehe

Sinfullyhung: At least you have something to look forward to I'm just over here stuck

Sinfullyhung: You have anyone in mind to share her with next?

Sinfullyhung: When was the last time you did anything

**May 27, 2026**

UCA: Been months sadly

Sinfullyhung: So I found a video but I would like to see one of yours first

UCA: What kinda vid? I can show you [my daughter] if you promise not to show anyone

Sinfullyhung: Vid of her fingering herself and I would nvr. The mean reason I would to meet. Hate sending

UCA: Mmmm how old is your vid

Sinfullyhung: I just got it

UCA: No I mean what age kid lol

Sinfullyhung: She looks around your age

UCA: My age? Or my daughters age lol

Sinfullyhung: Daughters

UCA: Mmmm if I can see a screenshot you can see daughter

Sinfullyhung: Id like if you could first

8

UCA: *sends an age regressed, gender swapped image of himself*

UCA: [My daughter] *emoji with a finger held to its mouth*

Sinfullyhung: *sends a still image of a video depicting what appears to be a nude minor child*

UCA: Oh she's like little little

UCA: *sends another age regressed, gender swapped image of himself*

Sinfullyhung: Dang wish I could experience what you can

UCA: How far are you from Pontiac

Sinfullyhung: Twenty mins

UCA: I mean I'm not opposed to it lol

Sinfullyhung: Up to you

Sinfullyhung: Vid for vid?

UCA: You'd have to go first sorry man I gotta be sure cause its my kid

Sinfullyhung: You gonna be in the vid?

UCA: Not my face but other parts of me lol

UCA: ?

Sinfullyhung: *sends a screenshot of a portion of the conversation*

Sinfullyhung: Its sending

UCA: Ok *devil face emoji*

9

Sinfullyhung: *sends a five second video that appears to depict a nude female child masturbating*

UCA: How old you think *devil face emoji*

Sinfullyhung: Prop around your daughter

UCA: *hot face emoji* *devil face emoji* *hot face emoji*

Sinfullyhung: Let's see your video

UCA: Downloading from Mega is

UCA: Now

Sinfullyhung: Kk *drooling face*

Sinfullyhung: Must be a long video

6. On June 1, 2026, I sent HSI summons HSI-DT-2026-061277-001 to Kik for subscriber information for Kik uses encountered during this investigation, to include Kik user sinfullyhung. Kik responded with the following information:

Date: June 5, 2026

First Name: sinfullyhung

Last Name:

 Email: sinfullyhung@gmail.com (unconfirmed)

Username: sinfullyhung

7. I reviewed the summon returns provided by Kik and observed IP address 73.144.3.168 associated with Kik account sinfullyhung between May 8 and

May 27, 2026. I served HSI summons HSI-DT-2026-064627-001 for subscriber information for the following: 2026/05/08 23:52:37 UTC "ip":"73.144.3.168", "port":39974. Comcast responded with the following information:

Subscriber Name:     ROB BAILEY

Service Address:     9[XX]8 BART AVE

DAVISBURG, MI 483503913

Billing Address:     9[XX]8 BART AVE

DAVISBURG, MI 483503913

8.      On or about June 22, 2026, I submitted the video that Kik user sinfullyhung sent to the UCA to the National Center for Missing and Exploited Children (NCMEC) to determine if they had previously encountered or catalogued this video. NCMEC responded that the submitted file was compared with NCMEC's Child Recognition & Identification System (CRIS) and that there was a file that appears to contain a child victim who has been identified by law enforcement.

9.      I have reviewed reports and related Kik chats provided by the Genessee County Sheriffs Department regarding an undercover human trafficking operation that they were conducting in 2019. The stated purpose of the operation was to identify and arrest individuals who solicit and have sex or attempt to have sex with minors. During this investigation, a Genessee County Sheriff's Deputy was posing as a 15-year-old female and received a message from a user with user name

11

"rhodes2026" and vanity name "handsome rob".  The undercover deputy stated that they were 15 and alone. Kik user "handsome rob" later stated that he purchased beer and "I'll let u ride me". Kik user "handsome rob" was provided an address at a hotel and arrived to meet this child. Upon his arrival at the hotel, Kik user "handsome rob" was identified as Robert Rhodes Bailey and was arrested by the Genessee County Sheriff's Department.

10.     In a post-*Miranda* statement, Bailey said he was texting in a chat room, and he went to meet a girl. Bailey said he was in a chat room on the Kik application, and the girl with whom he was texting said she was 15 years old. Bailey admitted to talking about sex in the chat texts. Bailey admitted to setting up a time to meet and that he intended to talk and have sex. Bailey brought an 18 pack of Pabst Blue Ribbon Beer as the decoy requested in exchange for sex or sexual acts. A review of Bailey's Circuit Court case shows that he pleaded guilty to a charge of "COMPUTERS - USING TO COMMIT A CRIME - MAXIMUM IMPRISONMENT OF 4 YEARS (7527973D)" and received 60 months' probation.

11.     Using this and other information gathered during the course of this investigation, I applied for and obtained search warrants for BAILEY's residence, located at 9[XX]8 Bart Ave, Davisburg, MI, as well as his person. On July 1, 2026, I, along with other HSI Special Agents, executed these warrants. During the execution of these warrants, I encountered BAILEY, who consented to an interview.

12

BAILEY initially indicated that he wished to talk to an attorney. BAILEY was told that the agents would not ask him any further questions but that if he wanted to talk to agents at a later time he was free to do so. BAILEY then indicated that he was willing to answer questions without a lawyer present. BAILEY then made the following post-*Miranda* statements:

    a. BAILEY initially denied the recent use of Kik. BAILEY was shown a screenshot of the username "sinfullyhung" and the profile picture and denied recognizing it. BAILEY later stated that account did in fact belong to him and that he recognized the screenshot stating "that was me". BAILEY claimed that his conversations were "fantasy" and denied hands on offenses against children.

    b. BAILEY stated that Kik was no longer on his phone because he had gotten a new phone and that "I knew what I did was wrong". BAILEY later stated that Kik might or might not be installed on his old phone. BAILEY that he had received "that" video from Telegram and that he then forwarded it. BAILEY stated that he believed the video depicted someone "fingering" herself. When asked, BAILEY stated he had no clue how old this child was.

    c. BAILEY stated that his fantasy conversations involved "almost adult" subject matter. When asked to elaborate on "almost adult", BAILEY

13

stated "18, 17, 16". BAILEY denied talking to children under the age of 18 on Kik.

d. When asked how much child pornography he had seen on Kik, BAILEY stated "none". When told that he "sent some", BAILEY stated "that was from Telegram and I literally just transferred it over". BAILEY agreed that the only child pornography that law enforcement would find on his phones was the video that he had previously sent.

12. During a second post-*Miranda* interview with another HSI Special Agent, BAILEY made the following admissions:

a. BAILEY admitted to sending a video of a "female fingering herself" that had been previously sent to him. BAILEY stated this conversation happened over a two-to-three-day span and that he was aware that the conversation was about child pornography. BAILEY stated that, if all law enforcement had was the one video, that he was not worried.

## CONCLUSION

13. I respectfully submit that there is probable cause to believe that Robert Rhodes BAILEY (DOB XX/XX/1989) has committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (receipt and possession of child pornography).

14

14.     I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Robert Rhodes BAILEY.

Respectfully submitted,

_____
Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date:  July 1, 2026

15